IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PAUL J. TRIPUCKA and<br>MELISSA A. TRIPUCKA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:13-cv-00126-JRG-DHI |

## **STIPULATION OF DISMISSAL**

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of all claims and causes of action asserted or assertable by Plaintiffs against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

　　　　SO STIPULATED.

**Stipulation of Dismissal**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Case 2:13-cv-00126-JRG-DHI   Document 46   Filed 04/30/14   Page 1 of 2   PageID #: 1190

By: /s/ Dale Darby
Dale Darby
dale@daledarbylaw.com
BPR 028787

**LAW OFFICE OF MITZI SWEET AND DALE DARBY**
523 N. Jackson Street
Morristown, Tennessee 37814
Telephone: (423) 585-0112
Facsimile: (423) 587-3406

Steven W. Terry
steve@brewerandterry.com
**BREWER & TERRY, PC**
1702 West Andrew Johnson Hwy.
Morristown, Tennessee 37814
Telephone: (423) 587-2730

ATTORNEYS FOR PLAINTIFF

By: /s/ Andrew G. Jubinsky
Andrew G. Jubinsky, *pro hac vice*
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Amber M. Grand, *pro hac vice*
Texas Bar No. 24061294
amber.grand@figdav.com

**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

V. Austin Shaver, BPR No. 026581
vshaver@bakerdonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Facsimile: (615) 744-5761

ATTORNEYS FOR DEFENDANT